BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| LINDA A. JESTES, | ) Case No.: 2:15-CV-00125-EFB |
| | ) |
| Plaintiff, | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) FOR A FIRST EXTENSION OF 45 DAYS |
| vs. | ) FOR DEFENDANT TO RESPOND TO |
| | ) PLAINTIFF'S MOTION FOR SUMMARY |
| CAROLYN W. COLVIN, | ) JUDGMENT AND FILE HER CROSS- |
| Acting Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| | ) |
| Defendant. | ) |
| | ) |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, and for good cause shown, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment.  The additional time is necessary due to the exceptionally heavy workload of Defendant's attorney assigned to this case.  In particular, Defendant's attorney has 11 Federal District Court briefs scheduled for July, five of which are due the same week that the instant brief is due, as well as court-ordered deadlines in two separate employment law matters in

Stip. & Prop. Order to Extend 2:15-CV-00125-EFB       1

litigation—one before the Equal Employment Opportunity Commission and one before the Merit Systems Protection Board.

The additional time will allow Defendant to adequately research the issues presented in this case. The current due date is July 8, 2012. The new due date will be August 22, 2015. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 8, 2015                          /s/ *Robert N. Campbell
                                             (*as authorized by email on Jul. 7, 2015)
                                             ROBERT N. CAMPBELL
                                             Attorney for Plaintiff


Dated: July 8, 2015                          BENJAMIN B. WAGNER
                                             United States Attorney
                                             DONNA L. CALVERT
                                             Regional Chief Counsel, Region IX,
                                             Social Security Administration

                                       By:   /s/ Jennifer A. Kenney
                                             JENNIFER A. KENNEY
                                             Special Assistant U.S. Attorney
                                             Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 13, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE