BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ANNABELLE J. YANG
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8946
    Facsimile: (415) 744-0134
    E-Mail:  Annabelle.Yang@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LINDA JESTES, ) <br> ) <br>       Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner ) <br> of Social Security, ) <br>       Defendant. ) <br> ) <br> _____) | Case No.  2:15-CV-00125-EFB <br><br> STIPULATION AND ORDER TO EXTEND TIME |

      The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a SECOND extension of time of 35 days, from August 24, 2015 to September 28, 2015, to file her Cross-Motion for Summary Judgment.

      There is good cause for this extension as Defendant's counsel was recently re-assigned this case and needs additional time to familiarize herself with the issues in this case.  Defendant's counsel also has upcoming leave scheduled that necessitates this extension.  Defendant apologizes to the Court for this delay and hereby requests to extend the schedule in this matter. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: August 21, 2015     /s/ Robert N. Campbell*
ROBERT N. CAMPBELL
(*as authorized via email on Aug. 21, 2015)
Attorney at Law

Attorney for Plaintiff

Dated: August 21, 2015     BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:
  /s/ Annabelle J. Yang
ANNABELLE J. YANG
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  August 24, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE