1  BENJAMIN B. WAGNER
   United States Attorney
2  DEBORAH LEE STACHEL
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ANNABELLE J. YANG
4  Special Assistant United States Attorney

5      160 Spear Street, Suite 800
       San Francisco, California 94105
6      Telephone: (415) 977-8946
       Facsimile: (415) 744-0134
7      E-Mail: Annabelle.Yang@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10
11                         **SACRAMENTO DIVISION**

12 LINDA JESTES,                    )
                                    )
13              Plaintiff,          )
                                    )   Case No. 2:15-CV-00125-EFB
14       v.                         )
                                    )   STIPULATION AND ORDER FOR
15                                  )   VOLUNTARY REMAND PURSUANT TO
                                    )   SENTENCE FOUR OF 42 U.S.C. § 405(g)
16 CAROLYN W. COLVIN,               )
   Acting Commissioner              )
17 of Social Security,              )
                Defendant.          )
18                                  )
   _____)
19

20     IT IS HEREBY STIPULATED by and between the parties, through their undersigned

21 attorneys, and with the approval of this Court, that the Commissioner of Social Security has

22 agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

23     Upon remand, the Office of Disability Adjudication and Review will remand this case to

24 an Administrative Law Judge (ALJ) and direct him or her to re-evaluate the severity of

25 Plaintiff's mental impairments applying the special technique found in 20 C.F.R. § 404.1520a;

26 address Plaintiff's chronic fatigue syndrome under Social Security Ruling 14-1p; and make

   specific findings regarding whether Plaintiff has transferable skills from her past relevant work
27 ///
28 ///
   ///

---

Stip. & ~~Prop~~. Order for Remand                          Case No. 2:15-cv-00125-EFB

Respectfully submitted,

Dated: September 21, 2015                    /s/ Robert N. Campbell*
                                             ROBERT N. CAMPBELL
                                             (*as authorized via email on Sept. 21, 2015)
                                             Attorney at Law

                                             Attorney for Plaintiff

Dated: September 21, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney
                                             DEBORAH LEE STACHEL
                                             Acting Regional Chief Counsel, Region IX
                                             Social Security Administration

                                    By:
                                              /s/ Annabelle J. Yang
                                             ANNABELLE J. YANG
                                             Special Assistant U.S. Attorney

                                             Attorneys for Defendant

### **ORDER**

APPROVED AND SO ORDERED.

DATED:  September 22, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE