Robert N. Campbell, State Bar No. 95679
CAMPBELL & CLARK
Attorneys at Law
1648 Riverside Drive
Redding, CA 96001
(530) 244-6286

Attorney for Plaintiff,
LINDA A. JESTES

☒ Retained
☐ Appointed

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LINDA A. JESTES, | Case Number: 2:15-CV-00125-EFB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR AWARD OF EAJA FEES** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412(d), in the amount of two thousand dollars ($2,000.00), and costs in the amount of four hundred dollars ($400.00) under 28 U.S.C. §1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to

*Astrue v. Ratliss*, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees and costs shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and costs to be made directly to Plaintiff's counsel, Robert N. Campbell, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Robert N. Campbell.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

DATED: September 25, 2015

        CAMPBELL & CLARK

        By: */s/ Robert N. Campbell*
        ROBERT N. CAMPBELL
        Attorney for Plaintiff
        LINDA A. JESTES

DATED: September 25, 2015

        BENJAMIN B. WAGNER
        United States Attorney
        DEBORAH LEE STACHEL
        Acting Regional Chief Counsel, Region IX
        Social Security Administration

        By  */s/ Annabelle J. Yang*
        ANNABELLE J. YANG
        Special Assistant U.S. Attorney
        Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated: October 28, 2015

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE